896

No. 362.  COOPER v. MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.  *Joseph Loeffler* for petitioner.  *Edward D. E. Rollins*, Attorney General of Maryland, and *W. Giles Parker*, Assistant Attorney General, for respondent.

No. 393.  RUBENSTEIN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  *Isaac Mellman* and *Robert G. Seaks* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, John H. Mitchell* and *Joseph M. Howard* for the United States.

No. 395.  HALL v. FIRST NATIONAL BANK OF ATLANTA, EXECUTOR.  Court of Appeals of Georgia.  Certiorari denied.  *Lucian J. Endicott* for petitioner.

No. 400.  CHATTANOOGA STATION Co. v. MASSEY, ADMINISTRATRIX.  C. A. 6th Cir.  Certiorari denied.  *Joe V. Williams, Jr.* for petitioner.

No. 403.  EISTRAT v. BRUSH INDUSTRIAL LUMBER Co. ET AL.  Supreme Court of California and District Court of Appeal of California, Second Appellate District.  Certiorari denied.  *Alvin H. Gershenson* for petitioner.  *Wendell W. Schooling* for respondents.

No. 409.  HARRISON v. HARRISON.  C. A. 4th Cir.  Certiorari denied.  *Louis B. Fine* for petitioner.  *William C. Worthington* for respondent.